UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | |
| Maria Sanchez | § | 1:13-PO-2230-02 |

# ORDER OF DISMISSAL

On the 22nd day of April, 2013, a Criminal Complaint was filed, charging the defendant with **willfully, knowingly and unlawfully aid and abet (2) undocumented aliens by transporting them north, furthering their illegal entry into the United States, in violation of 8 U.S.C. 1325 and 18 U.S.C. 2.** The Government moved to dismiss charges.

This complaint is hereby dismissed in the interest of justice.

IT IS SO ORDERED.

DONE THIS 22nd day of April, 2013.

Felix Recio
United States Magistrate Judge